IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 1:19-00311-KD-B-2 |
| | ) |
| RAVEN SYMONE NELSON, | ) |
|     Defendant. | ) |

## ORDER SETTING PRETRIAL CONFERENCE

Trial for Defendant RAVEN SYMONE NELSON has been continued to the Court's June 2020 criminal term.  (*See* Doc. 59).  Accordingly, said Defendant is hereby set for a pretrial conference pursuant to Federal Rule of Criminal Procedure 17.1 and S.D. Ala. CrLR 17.1(b) before the undersigned Magistrate Judge on **Tuesday, May 12, 2020**, beginning at **9:00 a.m. (Central Standard Time)**, in **Courtroom 5B** the United States District Courthouse at 155 St. Joseph Street, Mobile, Alabama 36602.[1]  The provisions governing pretrial conferences set forth in the Court's Order on Arraignment (Doc. 16) remain in effect.

**DONE** and **ORDERED** this the 15th day of April 2020.

                                                */s/ Katherine P. Nelson*
                                              **KATHERINE P. NELSON**
                                              **UNITED STATES MAGISTRATE JUDGE**

---

[1] *See* S.D. Ala GenLR 72(a)(2)(N) (authorizing the magistrate judges of this district to conduct proceedings and issue orders under Fed. R. Crim. P. 17.1).