**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CRIMINAL NO.: 19-00311-KD** |
| | : | |
| **RAVEN SYMONE NELSON** | : | |

**UNOPPOSED MOTION TO CONTINUE**

COMES NOW the defendant and moves the Court to enter an Order continuing the trial of this case until the July term of Court. As grounds for this motion, the defendant would show:

1. The defendant is charged with conspiracy to commit wire fraud and trial is set for the June term of Court.

2. The defendant is alleged to have conspired with her mother, co-defendant Meoshi Nelson, to act as a representative payee for social security recipients in order to channel money to her mother, who ran rooming houses, but was not qualified to act as a representative payee because of a prior felony conviction. Meoshi Nelson pled guilty to wire fraud and conspiracy to commit wire fraud on April 29, 2020. Sentencing is set for July 31, 2020.

3. The government has offered to resolve the charges against the defendant through pretrial diversion, contingent on the defendant passing a polygraph examination.

4. The interests of justice require a postponement of the trial of this matter in order to complete the polygraph examination and to agree on an amount of restitution due.

5. Assistant U.S. Attorney Alex Lankford does not oppose this motion.

WHEREFORE, the defendant prays the Court to enter an Order the trial of this matter to the July term of Court, and for such other and further relief as she may be entitled to receive, the premises considered.

/s/ Peter J. Madden
PETER J. MADDEN
Assistant Federal Defender
MADDP5495
Southern District of Alabama
Federal Defenders Organization, Inc.
11 North Water Street, Suite 11290
Mobile, Alabama 36002
(251)433-0910
(251)433-0686 (fax)
peter_madden@fd.org

## CERTIFICATE OF SERVICE

I, Peter J. Madden, do hereby certify that I have served a true and correct copy of the this document on the appropriate parties by electronic filing on this 11th day of May, 2020.

/s/ Peter J. Madden
PETER J. MADDEN